NO. 07-05-0215-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



SEPTEMBER 1, 2005


______________________________



BENITO MENDOZA,




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;



NO. 2004-490869; HON. DRUE FARMER, PRESIDING


_______________________________



ON MOTION TO DISMISS



__________________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

 Appellant Benito Mendoza, by and through his attorney, has filed a motion to dismiss
this appeal because he no longer desires to prosecute it. Without passing on the merits
of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure
42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 Brian Quinn

 Chief Justice

Do not publish.



failure to pay the filing fee and provide a docketing statement
as previously directed by this Court.


 Per Curiam


Do not publish.